IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FREEMAN, | : |
|  | : |
| Plaintiff | : |
|  | : |
| v. | : CIVIL NO. 3:10-CV-2502 |
|  | : |
| NORTHUMBERLAND COUNTY, | : (Judge Munley) |
| et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 10th day of September 2014, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Remaining Defendants' motion for summary judgment (Doc. 87) is **PARTIALLY GRANTED**.

2. Summary judgment is **GRANTED** in favor of Defendants Northumberland County, and the following members of the County Prison Board: County Commissioners Frank Sawicki, Vinny Clausi, and Kurt Massner; District Attorney Anthony

22

      Rosini; Controller Charles Erdman; Judge Robert Sacavage; and Sheriff Chad Reiner.

3. Summary judgment is also **GRANTED** in favor of Defendants Warden Roy Johnson; Deputy Warden Wheary; Correctional Officers Heater and Bordner; as well as Lieutenants Keith Smink and J. Smink with exception of the mail tampering claim.

4. Any dispositive motions addressing the remaining mail tampering claims may be filed on or before October 31, 2014.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**