# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES FREEMAN,** | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:10-CV-2502 |
| **NORTHUMBERLAND COUNTY** et al., | : (Judge Munley) |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 15th day of September 2015, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Remaining Defendants' unopposed motion for summary judgment (Doc. 102) is **GRANTED**.

2. Summary judgment is **GRANTED** in favor of Defendants Warden Roy Johnson; Deputy Warden Wheary; Correctional Officers Heater and Bordner; as well as Lieutenants Keith D. Smink and J. Smink.

3. The Remaining Defendants' supplemental summary judgment motion (Doc. 105) is **DISMISSED AS MOOT**.

1

4. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**